# Wells Fargo Everyday Checking

Account number: ●●●●●●●●●  ■  December 9, 2017 - January 9, 2018  ■  Page 1 of 7



GLENN J HALL
5 LITTLE JOHN CIR
AVONDALE PA 19311-9757

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY: 1-800-877-4833*
*En español: 1-877-727-2932*
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/9 | $525.94 |
| Deposits/Additions | 2,161.46 |
| Withdrawals/Subtractions | - 2,413.13 |
| **Ending balance on 1/9** | **$274.27** |

Account number:  **1586443911**

**GLENN J HALL**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▉▉▉▉▉▉▉    ■ December 9, 2017 - January 9, 2018  ■ Page 2 of 7



WELLS
FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|---------|
| 12/11 | | Edeposit IN Branch/Store 12/09/17 01:23:30 Pm 400 Scarlet Rd Kennett Square PA 5173 | 600.00 | | |
| 12/11 | | Purchase authorized on 12/08 Uber Trip Vntf7 Help.Uber.Com CA S467342639519203 Card 5173 | | 6.34 | |
| 12/11 | | Purchase authorized on 12/09 Uber Eats 5Gygo Help.Uber.Com CA S587343346382825 Card 5173 | | 15.77 | |
| 12/11 | | Purchase authorized on 12/09 Kennett Restore Kennett Sq PA S587343672799107 Card 5173 | | 12.54 | |
| 12/11 | | Purchase authorized on 12/09 Giant 6105 Kennett Squar PA P00307343707658273 Card 5173 | | 128.28 | |
| 12/11 | | Purchase authorized on 12/10 Lyft *Ride Sun 1 Lyft.Com CA S387344226181334 Card 5173 | | 22.55 | |
| 12/11 | | Purchase authorized on 12/10 Uber *Eats 2Dq66 800-592-8996 CA S307344274403994 Card 5173 | | 15.79 | |
| 12/11 | | Purchase authorized on 12/10 Giant Fuel 6105 Kennett Squar PA S387344608587482 Card 5173 | | 27.44 | |
| 12/11 | | ATM Withdrawal authorized on 12/10 400 Scarlet Road Kennett Squar PA 0005933 ATM ID 0703D Card 5173 | | 80.00 | |
| 12/11 | | Purchase authorized on 12/10 Wine and Spirits 1 Avondale PA S307344823353353 Card 5173 | | 12.18 | |
| 12/11 | | Purchase authorized on 12/10 Wawa 34 0000 Kennett Sq PA S467344831930618 Card 5173 | | 7.12 | |
| 12/11 | | Non-WF ATM Withdrawal authorized on 12/11 761 Gap Newport Pk Avondale PA 00387345493599345 ATM ID Pm3230 Card 5173 | | 40.00 | |
| 12/11 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 12/11 | | Purchase authorized on 12/11 Daily Sale, Inc. 561-870-0016 FL S627345545989100 Card 5173 | | 97.00 | |
| 12/11 | | Purchase Return authorized on 12/10 Giant 6105 Kennett Squar PA P00387344619001409 Card 5173 | 128.28 | | 786.71 |
| 12/12 | | Purchase authorized on 12/11 Lyft *Ride Sun 1 Lyft.Com CA S307345235053551 Card 5173 | | 12.11 | |
| 12/12 | | Purchase authorized on 12/11 Uber Eats Bjkuk Help.Uber.Com CA S307345274617701 Card 5173 | | 12.85 | 761.75 |
| 12/13 | | Purchase authorized on 12/11 Kennett Pizza & PA Kennett Squar PA S467344833498408 Card 5173 | | 15.71 | |
| 12/13 | | Purchase authorized on 12/12 Macys .Com 800-289-6229 OH S387345861916297 Card 5173 | | 21.99 | |
| 12/13 | | Purchase authorized on 12/12 Macys .Com 800-289-6229 OH S387345861916297 Card 5173 | | 61.97 | |
| 12/13 | | Purchase authorized on 12/12 Go Puff 267-244-4295 PA S387346304620922 Card 5173 | | 15.09 | |
| 12/13 | | Recurring Payment authorized on 12/12 Mercy Ships 903-9397080 TX S467346549645765 Card 5173 | | 20.00 | |
| 12/13 | | Purchase authorized on 12/12 Lyft *Ride Tue 1 Lyft.Com CA S307346776578300 Card 5173 | | 3.77 | |
| 12/13 | | Purchase authorized on 12/12 Uber Trip 2Ttyc Help.Uber.Com CA S307346777770369 Card 5173 | | 3.80 | |
| 12/13 | | Purchase authorized on 12/12 Goodwill Keystone Avondale PA S307346838236084 Card 5173 | | 21.04 | |
| 12/13 | | Purchase authorized on 12/12 Goodwill Keystone Avondale PA S387347029243799 Card 5173 | | 31.00 | 567.38 |
| 12/14 | | Purchase authorized on 12/13 Lyft *Ride Wed 2 Lyft.Com CA S307347303053952 Card 5173 | | 8.66 | |
| 12/14 | | Purchase authorized on 12/13 Wawa 275 0000 Lancaster PA S387347751205071 Card 5173 | | 7.12 | |
| 12/14 | | Purchase authorized on 12/13 Uber Eats 2Jx7Q Help.Uber.Com CA S307348003564302 Card 5173 | | 14.56 | |
| 12/14 | | Purchase authorized on 12/14 Uber Eats W4Pje Help.Uber.Com CA S307348233321816 Card 5173 | | 15.79 | |

Account number: ▓▓▓▓▓▓▓▓▓▓  ■  December 9, 2017 - January 9, 2018  ■  Page 3 of 7



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/14 | | Purchase authorized on 12/14 Wine and Spirits 1531 Avondale PA P00000000384444531 Card 5173 | | 12.18 | 509.07 |
| 12/15 | | Purchase authorized on 12/14 Lyft *Ride Wed 3 Lyft.Com CA S467348316295044 Card 5173 | | 11.42 | |
| 12/15 | | Purchase authorized on 12/14 Lyft *Ride Thu 2 Lyft.Com CA S587348734629027 Card 5173 | | 16.39 | |
| 12/15 | | Purchase authorized on 12/14 Uber Trip T2x7H Help.Uber.Com CA S307348734949486 Card 5173 | | 4.11 | 477.15 |
| 12/18 | | Non-WF ATM Balance Inquiry Fee 12/17 516 Schoolho Kennett Squar PA ATM ID Sr010836 Card 5173 | | 2.00 | |
| 12/18 | | Purchase Return authorized on 12/16 Goodwill Keystone Avondale PA S627351548410256 Card 5173 | 6.18 | | |
| 12/18 | | Online Transfer From Bestboy Audio LLC Ref #Ib043Cmg39 Business Checking Aaron Xmas | 95.00 | | |
| 12/18 | | Purchase authorized on 12/15 Uber Trip Fzoxd Help.Uber.Com CA S307349681757647 Card 5173 | | 5.00 | |
| 12/18 | | Purchase authorized on 12/15 Lyft *Ride Fri 2 Lyft.Com CA S467349793419992 Card 5173 | | 14.48 | |
| 12/18 | | Purchase authorized on 12/16 Uber Eats 3Ywvh Help.Uber.Com CA S307350240210373 Card 5173 | | 23.12 | |
| 12/18 | | Purchase authorized on 12/16 Uber Trip Oagxe Help.Uber.Com CA S467350666444161 Card 5173 | | 6.48 | |
| 12/18 | | Purchase authorized on 12/16 Wawa 160 0000 Avondale PA S467350791645041 Card 5173 | | 7.12 | |
| 12/18 | | Purchase authorized on 12/16 Goodwill Keystone Avondale PA S467350843262190 Card 5173 | | 36.00 | |
| 12/18 | | Purchase authorized on 12/16 Goodwill Keystone Avondale PA S307350847884582 Card 5173 | | 6.00 | |
| 12/18 | | Purchase authorized on 12/17 Grubhubsouthgarden Grubhub.Com NY S387351152432767 Card 5173 | | 15.62 | |
| 12/18 | | Purchase authorized on 12/17 Tjmaxx #0 823 East Bal Kennet Square PA P00000000174888451 Card 5173 | | 107.13 | |
| 12/18 | | Purchase authorized on 12/17 Sqc*Aaron Hall 8774174551 CA S307351782253675 Card 5173 | | 10.00 | |
| 12/18 | | Purchase authorized on 12/17 WM Superc Wal-Mart Sto Kennett Squar PA P00000000480259664 Card 5173 | | 135.30 | |
| 12/18 | | Purchase authorized on 12/18 Wine and Spirits 1509 West Grove PA P00000000276160405 Card 5173 | | 12.18 | |
| 12/18 | | Purchase with Cash Back $ 140.00 authorized on 12/18 Giant 6516 Kennett Squar PA P00467353005720826 Card 5173 | | 154.99 | 44.91 |
| 12/19 | | Edeposit IN Branch/Store 12/19/17 01:23:29 Pm 400 Scarlet Rd Kennett Square PA 5173 | 480.00 | | |
| 12/19 | | Purchase authorized on 12/18 Naf Naf Grill 019 Philadelphia PA S587353096089618 Card 5173 | | 7.51 | |
| 12/19 | | Purchase authorized on 12/19 USPS PO 41418007 203 Corb Kelton PA P00587353727395947 Card 5173 | | 75.25 | |
| 12/19 | | Purchase authorized on 12/19 #07730 Acme Avondale PA P00307353831865041 Card 5173 | | 3.18 | 438.97 |
| 12/20 | | Purchase authorized on 12/19 Lyft *Ride Tue 1 Lyft.Com CA S387353637499546 Card 5173 | | 3.37 | |
| 12/20 | | Purchase authorized on 12/19 Wawa 34 0000 Kennett Sq PA S467353684395372 Card 5173 | | 7.12 | |
| 12/20 | | Online Transfer to Bestboy Audio LLC Business Checking xxxxxx6292 Ref #Ib043K89Qg on 12/20/17 | | 200.00 | 228.48 |
| 12/21 | | Purchase authorized on 12/21 Lowe's #2405 Avondale PA P00387355738009568 Card 5173 | | 1.28 | |
| 12/21 | | Purchase authorized on 12/21 #07730 Acme Avondale PA P00307356021289700 Card 5173 | | 23.62 | 203.58 |
| 12/22 | | Purchase authorized on 12/21 Uber Trip N2Cba Help.Uber.Com CA S587355661773989 Card 5173 | | 3.95 | |
| 12/22 | | Purchase authorized on 12/21 Wawa 160 0000 Avondale PA S587355822607035 Card 5173 | | 7.23 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/22 | | Purchase authorized on 12/21 Goodwill Keystone Avondale PA S467356008456165 Card 5173 | | 36.00 | 156.40 |
| 12/26 | | Purchase authorized on 12/21 Guitarcenter.Com I 877-687-4242 CA S307345775705446 Card 5173 | | 41.24 | |
| 12/26 | | Purchase authorized on 12/22 Uber Eats Vo3Lu Help.Uber.Com CA S587356274084424 Card 5173 | | 21.19 | |
| 12/26 | | Purchase authorized on 12/22 Lyft *Ride Fri 2 Lyft.Com CA S387356632287051 Card 5173 | | 5.88 | |
| 12/26 | | Purchase authorized on 12/22 Uber Trip 3I335 Help.Uber.Com CA S587356633355834 Card 5173 | | 3.00 | |
| 12/26 | | Purchase authorized on 12/22 Sunoco 0451349503 Kennett Squar PA S387357081519295 Card 5173 | | 7.11 | |
| 12/26 | | Purchase authorized on 12/22 Wine and Spirits 1531 Avondale PA P00000000587357223 Card 5173 | | 31.24 | |
| 12/26 | | Purchase authorized on 12/22 #07730 Acme Avondale PA P00387357116708635 Card 5173 | | 11.43 | |
| 12/26 | | Purchase authorized on 12/22 Wawa 160 0000 Avondale PA S467357121364847 Card 5173 | | 1.65 | |
| 12/26 | | Purchase authorized on 12/23 Lyft *Ride Fri 1 Lyft.Com CA S387357656337131 Card 5173 | | 5.97 | |
| 12/26 | | Purchase authorized on 12/24 Giant 6105 Kennett Squar PA P00307358688314046 Card 5173 | | 4.33 | |
| 12/26 | | Purchase authorized on 12/24 Wine and Spirits 1507 Kennett Squar PA P00000000932226123 Card 5173 | | 20.44 | |
| 12/26 | | Purchase authorized on 12/24 Big Lots Stores 345 Scarl Kennett Squar PA P00307358698277877 Card 5173 | | 33.92 | |
| 12/26 | | Purchase authorized on 12/24 Sunoco 0451349503 Kennett Squar PA S307358702553958 Card 5173 | | 7.11 | |
| 12/26 | | Purchase authorized on 12/24 Wawa 160 0000 Avondale PA S467358791649926 Card 5173 | | 0.42 | -38.53 |
| 12/27 | | Edeposit IN Branch/Store 12/27/17 11:24:24 Am 400 Scarlet Rd Kennett Square PA 3911 | 600.00 | | |
| 12/27 | | Online Transfer From Bestboy Audio LLC Business Checking xxxxxx6292 Ref #Ib04437x7H on 12/27/17 | 250.00 | | 811.47 |
| 12/28 | | Purchase authorized on 12/27 Sunpass*Acc7026485 888-865-5352 FL S467361641548060 Card 5173 | | 10.60 | |
| 12/28 | | Purchase authorized on 12/27 Paypal *Thriftbook 402-935-7733 CA S467361658175914 Card 5173 | | 4.06 | |
| 12/28 | | Purchase authorized on 12/27 Paypal *Thriftbook 402-935-7733 CA S307361663251017 Card 5173 | | 4.06 | 792.75 |
| 12/29 | | Purchase authorized on 12/29 Wine and Spirits 1531 Avondale PA P00000000083114098 Card 5173 | | 12.18 | |
| 12/29 | | Purchase authorized on 12/29 #07730 Acme Avondale PA P00587364049879548 Card 5173 | | 6.05 | 774.52 |
| 1/2 | | Purchase authorized on 12/29 Wawa 160 0000 Avondale PA S307363839475548 Card 5173 | | 7.12 | |
| 1/2 | | Purchase authorized on 12/29 Goodwill Keystone Avondale PA S307364000193123 Card 5173 | | 31.09 | |
| 1/2 | | Purchase authorized on 12/29 Goodwill Keystone Avondale PA S387364039623646 Card 5173 | | 61.00 | |
| 1/2 | | Purchase authorized on 12/30 Goodwill Keystone Avondale PA S587364862418298 Card 5173 | | 19.00 | |
| 1/2 | | Purchase authorized on 12/30 Goodwill Keystone Avondale PA S387365023491106 Card 5173 | | 11.00 | |
| 1/2 | | Purchase authorized on 12/30 #07730 Acme Avondale PA P00467365045074704 Card 5173 | | 30.50 | |
| 1/2 | | Purchase authorized on 01/01 Lyft *Cancel Fee Lyft.Com CA S468001269424340 Card 5173 | | 5.00 | |
| 1/2 | | Purchase authorized on 01/01 Lyft *Ride Mon 2 Lyft.Com CA S468001308013694 Card 5173 | | 11.89 | |
| 1/2 | | Purchase authorized on 01/01 Uber Trip 7Kxux Help.Uber.Com CA S468001489554756 Card 5173 | | 18.09 | |

Account number:  ●●●●●●●●●●  ■  December 9, 2017 - January 9, 2018  ■  Page 5 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Purchase authorized on 01/01 Uber *Eats Ptxep 800-592-8996 CA S468001684408096 Card 5173 | | 27.17 | |
| 1/2 | | Purchase authorized on 01/01 Uber Eats OK7Lz Help.Uber.Com CA S468001860799989 Card 5173 | | 22.14 | 530.72 |
| 1/3 | | Purchase authorized on 01/02 Lyft *Ride Mon 3 Lyft.Com CA S588002320197333 Card 5173 | | 9.23 | |
| 1/3 | | Purchase authorized on 01/02 Uber *Eats 44Kav 800-592-8996 CA S388002364460323 Card 5173 | | 17.34 | |
| 1/3 | | Purchase authorized on 01/02 Uber Tip 44Kav Help.Uber.Com CA S588002383797772 Card 5173 | | 2.00 | |
| 1/3 | | Purchase authorized on 01/02 Lyft *Ride Tue 6 Lyft.Com CA S308002863000140 Card 5173 | | 3.26 | |
| 1/3 | | Purchase authorized on 01/02 Lyft *Ride Tue 6 Lyft.Com CA S388003017163897 Card 5173 | | 3.14 | 495.75 |
| 1/4 | | Purchase authorized on 01/03 Lyft *Ride Wed 2 Lyft.Com CA S468003797953253 Card 5173 | | 6.80 | |
| 1/4 | | Purchase authorized on 01/03 Goodwill Keystone Avondale PA S308003826055960 Card 5173 | | 14.74 | |
| 1/4 | | Purchase authorized on 01/03 Goodwill Keystone Avondale PA S308003841833464 Card 5173 | | 3.83 | 470.38 |
| 1/5 | | Purchase authorized on 01/04 Lyft *Ride Thu 1 Lyft.Com CA S468004756339073 Card 5173 | | 11.78 | |
| 1/5 | | Purchase authorized on 01/05 Uber Eats Myl4Y Help.Uber.Com CA S468005183199015 Card 5173 | | 23.23 | 435.37 |
| 1/8 | | Purchase authorized on 01/06 Fyf*Fromyouflowers 800-838-8853 CT S308005617776692 Card 5173 | | 41.97 | |
| 1/8 | | Purchase authorized on 01/05 Wawa 160 0000 Avondale PA S588005803230464 Card 5173 | | 9.23 | |
| 1/8 | | Purchase authorized on 01/06 Dnh*Godaddy.Com 480-5058855 AZ S388006650829566 Card 5173 | | 55.66 | |
| 1/8 | | Purchase authorized on 01/06 Lyft *Ride Fri 1 Lyft.Com CA S468006656114771 Card 5173 | | 7.43 | |
| 1/8 | | Purchase authorized on 01/08 Sunoco 04608998 New London PA P00000000171489677 Card 5173 | | 9.54 | |
| 1/8 | | Purchase authorized on 01/08 Wine and Spirits 1509 West Grove PA P00000000589936637 Card 5173 | | 12.18 | 299.36 |
| 1/9 | | Purchase authorized on 01/08 Wawa 160 0000 Avondale PA S588008497401297 Card 5173 | | 25.09 | 274.27 |
| Ending balance on 1/9 | | | | | 274.27 |
| Totals | | | $2,161.46 | $2,413.13 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/09/2017 - 01/09/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | -$38.53 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 99 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

Account number: ~~1586442044~~   ■ December 9, 2017 - January 9, 2018  ■ Page 6 of 7

**WELLS FARGO**

---

**Monthly service fee summary (continued)**

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)          ☐
RC/RC

Account number:    ■ December 9, 2017 - January 9, 2018    ■ Page 7 of 7



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.     $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement.  **Enter the total in the column to the right.**

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

▶   + $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.  **Enter the total in the column to the right.**

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

▶   - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.     = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

 1. Tell us your name and account number (if any).
 2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
 3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC.