# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Joann Hall** | **: CHAPTER 13** |
| **Debtors** | **: BANKRUPTCY NO. 18-11665** |

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

/s/ Gary E. Thompson
GARY E. THOMPSON
ATTORNEY FOR DEBTOR(S)

Date: 5/10/18

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix