# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-11665-AMC

JOANN  HALL

5 LITTLE JOHN CIRCLE

AVONDALE, PA 19311-

        Debtor

## CERTIFICATE OF SERVICE

        **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
        JOANN  HALL

        5 LITTLE JOHN CIRCLE

        AVONDALE, PA 19311-

    **Counsel for debtor(s), by electronic notice only.**
        GARY E THOMPSON
        150 E SWEDESFORD RD
        1ST FLOOR
        WAYNE, PA 19087-

    **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 5/17/2018

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee