# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

              Chapter 13

              Bankruptcy No. 18-11665-AMC

JOANN HALL

5 LITTLE JOHN CIRCLE

AVONDALE, PA 19311-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JOANN HALL

  5 LITTLE JOHN CIRCLE

  AVONDALE, PA 19311-

Counsel for debtor(s), by electronic notice only.

  GARY E THOMPSON
  150 E SWEDESFORD RD
  1ST FLOOR
  WAYNE, PA 19087-

Date: 9/11/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee