UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN HALL    Chapter 13

Debtor    Bankruptcy No. 18-11665-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this _13th_ day of _March_, 2019 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
JOANN HALL

5 LITTLE JOHN CIRCLE

AVONDALE, PA 19311-